
FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>KEYBANK, NATIONAL ASSOCIATION, successor in interest to KeyBank USA, N.A.; KEY EDUCATION RESOURCES, a division of KeyBank National Association; GREAT LAKES EDUCATION LOAN SERVICES, INC., a Wisconsin corporation,<br><br>    Defendants - Appellants. | No. 09-16703<br><br>D.C. No. 3:08-cv-02958-TEH<br><br><br><br>**ORDER** |

| MATTHEW C. KILGORE, individually and on behalf of all others similarly situated; WILLIAM BRUCE FULLER, individually and on behalf of all others similarly situated, | No. 10-15934 |
|---|---|
| | D.C. No. 3:08-cv-02958-TEH |
| Plaintiffs - Appellants, | |
| v. | |
| KEYBANK, NATIONAL ASSOCIATION, successor in interest to KeyBank USA, N.A.; KEY EDUCATION RESOURCES, a division of KeyBank National Association; GREAT LAKES EDUCATION LOAN SERVICES, INC., a Wisconsin corporation, | |
| Defendants - Appellees. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Ninth Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.